# United States Court of Appeals for the Federal Circuit

April 15, 2005

ERRATA

Appeal No. 05-3038

EVANS v. TREASURY

Decided:  April 11, 2005                    Nonprecedential Opinion

Please make the following changes:

Page 4 line 6 delete "Lewis's" and insert --Evans's"--
Page 4 line 8 delete "Lewis's" and insert --Evans's"—and delete Lewis and insert --Evans--